UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-22433-CIV-MARTINEZ-SANCHEZ

FIRST GREEN INDUSTRIES a.s.,

    Petitioner,

vs.

SOLAR DAIRY, LLC,

    Respondent.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Petitioner's Motion for Final Default Judgment ("Motion"), (ECF No. 21). Judge Sanchez filed an R&R recommending that the Motion be granted. (ECF No. 26). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 26), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that Plaintiff's Motion, (ECF No. 21), is **GRANTED** as follows:

1. Final default judgment shall be entered in favor of Petitioner First Green Industries a.s. and against Respondent Solar Dairy, LLC. The Arbitration Award, (ECF No. 1-3), is confirmed under 9 U.S.C. § 207.

2. Petitioner First Green Industries a.s. shall be awarded damages against Respondent Solar Dairy, LLC in the amount of $273,329.69, plus pre-judgment and post-judgment interest, as set forth in the R&R.

3. Respondent Solar Dairy, LLC is **ORDERED** to complete a Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) and serve it upon Petitioner's counsel.

4. Final default judgment will be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this 30 day of September, 2024.

Copies provided to:
All Counsel of Record

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE